UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leonel Almonte Tello

_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

-against-

Bruce Lim

_____
(In the space above enter the full name(s) of the defendants(s)/respondent(s))

NOTICE OF PRO SE APPEARANCE

1:18 Civ. 00210 ( R )( A )

Please take notice that I, __Bruce Lim__, Plaintiff / **Defendant** (Circle One) in this action, hereby appear *Pro Se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Bruce Lim
_____
Name (Last, First, MI)

18 Executive Dr.   New Hyde Park,   N.Y.   11040
_____
Address                City              State      Zip Code

(917) 405-2160                 blim@optonline.net
_____
Telephone Number              E-mail Address

12/13/2018                    [signed] Bruce
_____
Date                          Signature

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/18