```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONEL ALMONTE TELLO, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

74 FIFTH AVE MARKET, CORP. *d/b/a* VALENT & COOK *formerly d/b/a* YOUR WAY CAFE, VALENT & COOK AT 57 STREET CORP. *d/b/a/* VALENT & COOK, and BYUNG LIM *a/k/a* BRUCE LIM,

Defendants.

No. 18-CV-210 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is directed to stay this case, pending its resolution against Defendant Lim, who has informed the Court that he is discussing settlement with Plaintiff.

SO ORDERED.

Dated:   August 5, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge