USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONEL ALMONTE TELLO, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

74 FIFTH AVE MARKET, CORP. *d/b/a* VALENT & COOK *formerly d/b/a* YOUR WAY CAFE, VALENT & COOK AT 57 STREET CORP. *d/b/a/* VALENT & COOK, and BYUNG LIM *a/k/a* BRUCE LIM,

Defendants.

No. 18-CV-210 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 15, 2019, the Court granted Plaintiff's request for an additional 30 days to submit the settlement fairness motion. Plaintiff thus had until November 13, 2019 to file this motion. To date, however, the Court has not received the motion.

No later than December 6, Plaintiff shall file the settlement fairness motion or a letter updating the Court on the status of the case.

SO ORDERED.

Dated: December 2, 2019
New York, New York

Ronnie Abrams
United States District Judge