```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

**LEONEL ALMONTE TELLO,**

                **Plaintiff,**                      **18-CV-00210 (RA)(SN)**

          -against-                        **ORDER**

**74 FIFTH AVE MARKET, CORP., et al.,**

                **Defendants.**

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On December 2, 2019, the court directed Plaintiff to file the settlement fairness motion or a letter updating the Court on the status of the case. ECF No. 53. Plaintiff's status letter indicated that he had sent a draft settlement agreement to Defendant Lim on October 31, 2019, and that Defendant had not responded with a revised or executed agreement. ECF No. 54.

No later than January 21, 2020, Plaintiff is directed to either file the settlement fairness motion or a status letter. In appropriate, the letter should also address whether Plaintiff intends to renew the motion for default judgment against Defendant Lim.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    January 6, 2020
                New York, New York

cc:        Byung Lim (*by Chambers*)
           18 Executive Drive
           New Hyde Park, NY 11040
           blim@optonline.net