UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                              **Plaintiff,**

                  -against-

**74 FIFTH AVE MARKET, CORP., et al.,**

                              **Defendants.**

------------------------------------------------------------------X

18-CV-00210 (RA)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

**SARAH NETBURN, United States Magistrate Judge:**

    Since September 6, 2019, the Court has been directing the parties to file their settlement fairness motion. Again, on January 6, 2020, the Court ordered Plaintiff to either file the settlement fairness motion or a status letter by January 21, 2020. The parties have not filed either. No later than February 3, 2020, the Plaintiff shall either file the settlement fairness motion or a motion for default. If the Plaintiff fails to do either, the Court may dismiss this action for failure to prosecute.

**SO ORDERED.**

DATED:     January 27, 2020
               New York, New York

cc:          Byung Lim (*by Chambers*)
             18 Executive Drive
             New Hyde Park, NY 11040
             blim@optonline.net