**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LEONEL ALMONTE TELLO, *individually and on behalf of others similarly situated*,

                      *Plaintiff*,

      -against-

74 FIFTH AVE MARKET, CORP. (d/b/a VALENT & COOK, f/d/b/a YOUR WAY CAFÉ), VALENT & COOK AT 57 STREET CORP. (d/b/a VALENT & COOK), and BYUNG LIM (a.k.a. BRUCE LIM),

                      *Defendants*.
----------------------------------------------------------------X

18-CV-210

**(PROPOSED)**
**ORDER TO SHOW CAUSE**

## ORDER TO SHOW CAUSE

Upon the declaration of Michael Faillace, Esq. dated February 17, 2020 and attached exhibits, it is ORDERED:

That Defendants 74 Fifth Ave Market, Corp. (d/b/a Valent & Cook, f/d/b/a Your Way Café), Valent & Cook at 57 Street Corp. (d/b/a Valent & Cook), and Byung Lim (a.k.a Bruce Lim) appear to show cause before a motion term of this Court, in Courtroom 1506, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against those Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ____ noon on _____, 2020, by _____, shall be deemed good and sufficient service; and it is further

- 2 -

  ORDERED that any opposition by Defendants be filed with this Court on or before __ o'clock in the ____ noon on _____, 2020; and it is further

  ORDERED that any reply papers by Plaintiffs be filed with this Court on or before __ o'clock in the ____ noon on _____, 2020; and it is further

  ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

  ORDERED that the Plaintiffs shall file proof of service of this Order to Show Cause by _____, 2020.


Dated: New York, New York

ISSUED: _____


                 _____
                 JUDGE RONNIE ABRAMS
                 UNITED STATES DISTRICT JUDGE

To:

74 FIFTH AVE MARKET, CORP.
d/b/a Valent & Cook, f/d/b/a Your Way Cafe
74 Fifth Avenue
New York, New York 10011-8005

VALENT & COOK AT 57 STREET CORP.
d/b/a Valent & Cook
74 Fifth Avenue
New York, New York 10011-8005

BYUNG LIM (a.k.a. BRUCE LIM)
c/o Valent & Cook
74 Fifth Avenue
New York, New York 10011-8005