UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL ALMONTE TELLO, *individually and on behalf of others similarly situated*,

        Plaintiff,

v.

74 FIFTH AVE MARKET CORP., *doing business as* VALENT & COOK *formerly doing business AS* YOUR WAY CAFÉ; VALENT & COOK AT 57 STREET CORP., *doing business as* VALENT & COOK; BYUNG LIM, *also known as* BRUCE LIM,

        Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/14/2020

18-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 17, 2020, Plaintiff appeared to move for a default judgment. However, Plaintiff has not done so in accordance with this Court's individual rules (https://www.nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf). Therefore, if Plaintiff still intends to move for a default judgment, he shall do so, in accordance with this Court's individual rules, no later than July 28, 2020.

SO ORDERED.

Dated:   July 14, 2020
         New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge