UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEONEL ALMONTE TELLO, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

74 FIFTH AVE MARKET, CORP. (d/b/a VALENT & COOK, f/d/b/a YOUR WAY CAFÉ), VALENT & COOK AT 57 STREET CORP. (d/b/a VALENT & COOK), and BYUNG LIM (a.k.a. BRUCE LIM),

                *Defendants.*
---------------------------------------------------------------X

18-cv-210-RA

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Michael Faillace, and attached exhibits, and the declaration of Plaintiff Leonel Almonte Tello, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the Court, at a time to be set by the Court, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants 74 Fifth Ave Market Corp. (d/b/a Valent & Cook, f/d/b/a Your Way Café), Valent & Cook at 57 Street Corp. (d/b/a Valent & Cook), and Byung Lim (a.k.a. Bruce Lim).

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       August 11, 2020                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                                  By: /s/ Michael Faillace
                                                      Michael Faillace, Esq.
                                                      MICHAEL FAILLACE & ASSOCIATES, P.C.
                                                      One Grand Central Place
                                                      60 East 42nd Street, Suite 4510

- 2 -

                                                New York, New York 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com
*Attorneys for Plaintiff*

To:

74 FIFTH AVE MARKET, CORP.
d/b/a Valent & Cook, f/d/b/a Your Way Cafe
74 Fifth Avenue
New York, New York 10011-8005

VALENT & COOK AT 57 STREET CORP.
d/b/a Valent & Cook
74 Fifth Avenue
New York, New York 10011-8005

BYUNG LIM (a.k.a. BRUCE LIM)
c/o Valent & Cook
74 Fifth Avenue
New York, New York 10011-8005

- 2 -