UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAMONTE TELLO, *et al*.,

               Plaintiff,

v.

74 FIFTH AVE MARKET, CORP., *et al*.,

               Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-28-20

18-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 11, 2020, Plaintiff moved for default judgment against Defendants 74 Fifth Ave Market, Corp., Valent & Cook at 57 Street Corp., and Byung Lim. Dkt. 68. This Court's individual rules require a party seeking default judgment to obtain a Certificate of Default from the Clerk of Court. for each party against whom the Plaintiff seeks default judgment (https://www.nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf). Although the Clerk of Court entered a certificate of default against all three Defendants on August 3, 2018, Dkt. 17–19, because Defendant Byung Lim filed a notice of appearance subsequent to this date, Dkt. 26, the certificate of default is no longer operative against Defendant Byung Lim. Accordingly, if Plaintiff wishes to pursue default judgment against Defendant Byung Lim, he must obtain a new Certificate of Default from the Clerk of Court.

SO ORDERED.

Dated:    August 28, 2020
           New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge