UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL ALMONTE TELLO, *et al.*,

            Plaintiffs,

v.

74 FIFTH AVE MARKET, CORP., *et al.*,

           Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-15-20

18-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 11, 2020, Plaintiff moved for default judgment against Defendants 74 Fifth Ave Market, Corp., Valent & Cook at 57 Street Corp., and Byung Lim. Dkt. 68. On August 28, 2020, this Court informed Plaintiff that to obtain default judgment, he must obtain an operative certificate of default against Defendant Byung Lim. Dkt. 73. To date, Plaintiff has not done so. If Plaintiff continues to seek default judgment, he must file an operative certificate of default against Mr. Lim. **Failure to do so by November 15, 2020, will result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure**.

SO ORDERED.

Dated:    October 15, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge