USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-7-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL ALMONTE TELLO, *individually and on behalf of others similarly situated*,
    Plaintiff,

v.

74 FIFTH AVE MARKET CORP., VALENT & COOK AT 57 STREET CORP., and BYUNG LIM,
    Defendants.

No. 18-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's hearing, the motion for default judgment is GRANTED as to Defendants 74 Fifth Ave Market Corp. and Valent & Cook at 57 Street Corp. The motion is DENIED as to Defendant Byung Lim. By separate order, this action will be referred to Magistrate Judge Netburn for an inquest on damages and for possible settlement discussions between Plaintiff and Mr. Lim.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 20 and 68.

SO ORDERED.

Dated:    May 7, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge