UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                Plaintiff,

    -against-

74 FIFTH AVE. MARKET, CORP., et al.,

                Defendants.

-------------------------------------------------------------X

18-CV-00210 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a scheduling conflict, the conference currently scheduled for Tuesday, January 11, 2022, at 11:30 a.m, is ADJOURNED to Wednesday, January 12, 2022, at 11:00 a.m.. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    January 10, 2022
               New York, New York