```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                           Plaintiff,

      -against-

74 FIFTH AVE. MARKET, CORP., et al.,

                           Defendants.
-----------------------------------------------------------------X

18-CV-00210 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a scheduling conflict, the conference currently scheduled for Wednesday, January 12, 2022, at 11:00 a.m, is ADJOURNED to Friday, January 14, 2022, at 11:00 a.m.. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 11, 2022
               New York, New York