**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                              **Plaintiff,**

              **-against-**

**74 FIFTH AVE. MARKET, CORP., et al.,**

                             **Defendants.**

-------------------------------------------------------------------X

**18-CV-00210 (RA) (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/18/2022 __

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed at the January 14, 2022 conference, Plaintiff's counsel shall file a letter no later than January 28, 2022, informing the Court of the status of settlement discussions. Defendant Byung Lim shall mail copies of the time cards in his possession to Plaintiff's counsel and to the Court no later than January 21, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 18, 2022
              New York, New York