UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                              Plaintiff,                                  18-CV-00210 (RA) (SN)

           -against-                                      **ORDER**

74 FIFTH AVE. MARKET, CORP., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received documents from Defendant Byung Lim, including time cards, a wage notice, and a list of employee rules and policies for the establishment where Plaintiff worked. No later than January 31, 2022, Plaintiff shall file a letter confirming whether he has also received these documents. Because some of the records appear to contradict Plaintiff's allegations, Plaintiff is ORDERED to refile his proposed findings of fact and conclusions of law and to file the settlement agreement for the Court's review no later than February 17, 2022. In the alternative, in light of the parties' reported settlement in principle with the only viable Defendant, ECF No. 103, Plaintiff may seek to withdraw his damages claim against the defaulting Defendants as part of a global resolution.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       January 27, 2022
                  New York, New York