UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**LEONEL ALMONTE TELLO,**

                    **Plaintiff,**                    **18-CV-00210 (RA) (SN)**

        -against-                             **ORDER**

**74 FIFTH AVE. MARKET, CORP., et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference to discuss the status of this case is scheduled for Friday, February 18, 2022, at 9:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       February 16, 2022
                 New York, New York