UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                                   Plaintiff,                                      18-CV-00210 (RA) (SN)

          -against-                                          **ORDER**

74 FIFTH AVE. MARKET, CORP., et al.,

                                 Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court held a conference to discuss the status of this case on Friday, February 18, 2022. Counsel for the Plaintiff appeared; pro se Defendant Byung Lim did not. Plaintiff's counsel represented that the parties have reached a settlement in principle to resolve the action as to all defendants, but that Defendant Lim has not sent Plaintiff's counsel the agreement or the documents he sent to the Court. See ECF Nos. 104-106. Defendant Lim is advised that, absent a settlement agreement, Plaintiff may seek and the Court may enter a default against him and the corporate defendants. To the extent Defendant Lim seeks legal advice regarding the settlement agreement, the NYLAG Pro Se Clinic is available to assist pro se litigants. Information about the Clinic is available at: https://www.nysd.uscourts.gov/attorney/legal-assistance.

       Additionally, by March 4, 2022, the parties are to submit a joint letter advising the Court as to the status of the case.

**SO ORDERED.**

                                                                                    _____
                                                                                   SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:     February 18, 2022
                New York, New York