UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEONEL ALMONTE TELLO,

                        Plaintiff,

      -against-

74 FIFTH AVE. MARKET, CORP., et al.,

                        Defendants.
-----------------------------------------------------------------X

18-CV-00210 (RA) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 18, 2022, the parties were ordered to file a status letter by March 4, 2022. ECF No. 108. As of the issuance of this order, the parties have failed to do so. The parties' joint letter is due no later than March 14, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 10, 2022
                New York, New York